Case No. 19-10754

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

RICHARD W. DEOTTE, on behalf of themselves and others similarly situated; YVETTE DEOTTE, on behalf of themselves and others similarly situated; JOHN KELLEY, on behalf of themselves and others similarly situated; ALISON KELLEY, on behalf of themselves and others similarly situated; HOTZE HEALTH & WELLNESS CENTER, on behalf of themselves and others similarly situated; BRAIDWOOD MANAGEMENT, INCORPORATED,

*Plaintiffs – Appellees,*

v.

ALEX M. AZAR, II, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, SECRETARY, U.S. DEPARTMENT OF TREASURY; EUGENE SCALIA, in his official capacity as Secretary of Labor; UNITED STATES OF AMERICA,

*Defendants – Appellants,*

STATE OF NEVADA,

*Movant – Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas
Case No. 4:18-CV-825-O

**STATE OF NEVADA AND FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF OPENING BRIEF DEADLINE**

HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
702-486-3594
hstern@ag.nv.gov
*Counsel for Movant-Appellant, State of Nevada*

## STATE OF NEVADA AND FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF OPENING BRIEF DEADLINE

Pursuant to Federal Rule of Appellate Procedure 26(b), Federal Rule of Appellate Procedure 31(a)(1), and Fifth Circuit Rule 31.4, Movant-Appellant State of Nevada seeks an **unopposed** Level 1 thirty (30) day extension of the opening brief deadline from Tuesday, November 19, 2019 until **Thursday, December 19, 2019**. This proposed extension would be for both the State of Nevada and the Federal Government, which would allow DeOtte to prepare one response brief. Neither the Federal Government nor DeOtte oppose this extension.

Good cause exists for this Court to grant the proposed extension for multiple reasons outside of Nevada's control. First, Nevada's counsel of record will be out of the country on an investigatory work trip the week prior to the original deadline, making finalization of the opening brief impossible. Second, Nevada's lead attorneys on this case are also Nevada's lead attorneys on other urgent matters, the timing of which is outside of their control. This specifically includes a recent Nevada administrative proceeding to revoke Stephen Wynn's findings of suitability to hold a Nevada gaming license, where jurisdictional matters will be briefed and decided on an expedited basis during and shortly after the existing deadline. *See Nevada Gaming Control Board v. Wynn* (Nev. Gaming Comm. Oct. 14, 2019). Nevada's lead attorneys are also addressing multiple Nevada constitutional challenges to the validity of approximately $100 million in

continued taxes and fees approved by the 2019 Legislature for the upcoming budget, which are being briefed and argued during and shortly after the existing deadline. *See Settelmeyer v. State of Nevada ex rel. Cannizzaro*, Case No. 190C001271B (Nev. 1st Dist. Ct., July 19, 2019); *Morency v. State of Nevada ex rel. Dept. of Educ.*, Case No. A-19-800267-C (Nev. 8th Dist. Ct., Aug. 15, 2019). Finally, one of Nevada's lead attorneys in this case has a prepaid vacation November 22 through November 30 that was booked prior to the original deadline being established, making a shorter extension than thirty days impracticable.

Under such circumstances, good cause exists for this Court to grant the requested thirty-day continuance of the opening brief deadline for the parties, from Tuesday, November 19, 2019 until Thursday, December 19, 2019.

## CONCLUSION

The State of Nevada requests that the Court grant this unopposed motion for extension.

SUBMITTED BY:

| | |
|---|---|
| /s/ Heidi Parry Stern<br>Heidi Parry Stern<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101<br>*Counsel for Movant-Appellant,*<br>*State of Nevada* | /s/ Karen Schoen<br>Karen Schoen, Attorney<br>Civil Division, Appellate Staff<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.,<br>Room 7533<br>Washington, D.C. 20530<br>*Counsel for Defendants-Appellants* |

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of FED. R. APP. P. *32(a)(7)(B)* because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) : this document contains 373 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman, 14 point font.

/s/Heidi Parry Stern
Heidi Parry Stern
Office of the Nevada Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
*Counsel for Movant-Appellant,*
*State of Nevada*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit, by using the appellate CM/ECF System on November 12, 2019. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Renee Carreau
An Employee of the Office of the Nevada
Attorney General