# United States Court of Appeals
# for the Fifth Circuit

No. 19-10754

Richard W. DeOtte, *on behalf of* himself and others similarly situated; Yvette DeOtte; John Kelley; Alison Kelley; Hotze Health & Wellness Center; Braidwood Management, Incorporated, *on behalf of* itself and others similarly situated,

*Plaintiffs—Appellees*,

*versus*

State of Nevada,

*Movant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-825

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Higginbotham, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

The petition for panel rehearing is DENIED.

No. 19-10754

Additionally, the court having been polled at the request of one of the members of the court and a majority of the judges who are in active service not having vote in favor, the petition for rehearing en banc is DENIED. *See* Fed. R. App. P. 35; 5th Cir. R. 35.

In the en banc poll, eight judges voted in favor of rehearing (Richman, Jones, Smith, Elrod, Haynes, Ho, Duncan, and Oldham), and nine voted against rehearing (Stewart, Dennis, Southwick, Graves, Higginson, Costa, Willett, Engelhardt, and Wilson).